THOMAS E. WINNER
Nevada Bar No. 5168
LARA L. MILLER
Nevada Bar No. 1268
WINNER BOOZE & ZARCONE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@winnerfirm.com
lmiller@winnerfirm.com

*Attorneys for GEICO Casualty Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LUIS BANUELOS JR, <br><br> Plaintiff(s), <br><br> v. <br><br> GEICO CASUALTY COMPANY and DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive, <br><br> Defendant(s). | CASE NO.: 2:22-cv-00436-JCM-BNW <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the law firm of JK Nelson Law, attorneys for the Plaintiff, LUIS BANUELOS, JR., and the law firm of Winner & Booze, LTD, attorneys for the Defendant, GEICO CASUALTY COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 26 day of Oct, 2022.

WINNER & BOOZE

_____
Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

DATED this 26 day of Oct, 2022.

JK NELSON LAW

_____
Jonathan K. Nelson
Nevada Bar No. 12836
7220 S. Cimarron Road, Suite 205
Las Vegas, NV 89113
*Attorneys for Plaintiff*

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED October 28, 2022.

_____
U.S. DISTRICT JUDGE

Submitted by:

WINNER & BOOZE, LTD.

Thomas E. Winner
Nevada Bar No. 5168
Lara L. Miller
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant